# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLANIA,     :    No. 388 WAL 2015

       Respondent               :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

          v.                     :

KEITH CONRAD,                  :

       Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the consideration or decision of this matter.